JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERRARI BUSBY,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>JAMES YATES, Warden,<br><br>　　　　Respondent. | Case No. CV 09-690-PA (DTB)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied, petitioner's request for an evidentiary hearing is denied and this action is dismissed with prejudice.

DATED: June 30, 2011

　　　　　　　　　　　　　　　　　　　PERCY ANDERSON
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE